MAYER BROWN LLP
ANTHONY J WEIBELL (SBN 238850)
*aweibell@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060

*Attorney for*
Pacific Market International, LLC d/b/a Stanley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMANDA EVERSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>PACIFIC MARKET INTERNATIONAL, LLC d/b/a STANLEY,<br><br>            Defendant. | Case No. 3:24-CV-6252<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION**<br><br>(Contra Costa County Superior Court, No. C24-01821) |

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF**
2  **AND PLAINTIFF'S ATTORNEYS OF RECORD:**

3   PLEASE TAKE NOTICE that on September 4, 2024, pursuant to 28 U.S.C. §§ 1332(a), 1332(d), 1441, 1446, and 1453, Defendant Pacific Market International, LLC d/b/a Stanley ("Stanley") hereby removes this action to the United States District Court for the Northern District of California, San Francisco Division. This matter was commenced as Case Number C24-01821 in the Superior Court of the State of California, County of Contra Costa. In support of this removal, Stanley states the following:

## JURISDICTION AND VENUE

1. As set forth below, removal is proper under 28 U.S.C. §§ 1332(a), 1332(d), 1441, 1446, and 1453.

2. Plaintiff is a citizen of California. Compl. ¶ 7.

3. At the time of the filing of the Complaint and at all times since, Stanley was a citizen of Washington and not of California under 28 U.S.C. § 1332(c)(1) because it is incorporated in Washington and has its principal place of business in Washington. Compl. ¶ 9.

4. Plaintiff seeks statutory damages of $5,000 for each alleged violation of § 631(a), which allegedly occurred each time Plaintiff or one of the estimated "hundreds of thousands" of putative class members interacted with Stanley's website; and thus, the amount in controversy for Plaintiff's claim exceeds $75,000, and the amount in controversy for the putative class action exceeds $5,000,000. Compl. ¶ 80.

5. This Court has subject matter jurisdiction over this action under the Class Action Fairness Act of 2005 ("CAFA") because: (1) Plaintiff purports to assert this action on behalf of "hundreds of thousands" of putative class members; (2) there is minimal diversity between the parties, such that at least one Plaintiff and one Defendant are citizens of different states; and (3) the aggregate amount in controversy exceeds $5,000,000. *See* 28 U.S.C. § 1332(d).

6. This Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1332(a) because: (1) there is complete diversity among the parties; and (2) "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs."

7. Venue is proper in this Court under 28 U.S.C. § 1441(a) because the removed action was filed in the Superior Court of the State of California, County of Contra Costa, a court within the United States District Court for the Northern District of California.

## BACKGROUND AND SUMMARY OF THE COMPLAINT

8. This action was originally filed in this Court on March 28, 2024 by Plaintiff against Stanley as Civil Action No. 3:24-cv-01926. On June 28, 2024, Stanley filed a motion to dismiss that action. On July 11, 2024, Plaintiff voluntarily dismissed that action. On July 12, 2024, Plaintiff refiled her complaint against Stanley in the Superior Court of the State of California, County of Contra Costa, No. C24-01821.

9. There are no other named defendants to this action other than Stanley.

10. Plaintiff alleges claims for violation of California Penal Code § 631, arising from the alleged disclosure of Plaintiff's website browsing activity on Stanley's website with third parties.

11. Plaintiff seeks statutory damages of $5,000 for each alleged violation of § 631(a), which allegedly occurred each time Plaintiff or one of the estimated "hundreds of thousands" of putative class members interacted with Stanley's website; and thus, the amount in controversy for Plaintiff's claim exceeds $75,000, and the amount in controversy for the putative class action exceeds $5,000,000.

## PROCEDURAL MATTERS

12. <u>No Waiver or Admission.</u>  This Notice of Removal is presented for the purpose of establishing jurisdiction only.  Stanley denies the allegations and damages claimed in the Complaint, and files this Notice of Removal without waiving any defenses, exceptions, or obligations that may exist in its favor in either state or federal court.  Nothing herein shall

NOTICE OF REMOVAL                                2                                CASE NO. 3:24-CV-6252

1  constitute an admission as to any of the allegations in the Complaint, including whether Plaintiff
2  is entitled to recover any relief whatsoever as a result of their claims.

3      13.    <u>Removal is Timely.</u>  Stanley has not yet been formally served with a copy of the
4  Complaint. Counsel for Stanley contacted counsel for Plaintiff to negotiate a waiver of service of
5  the relevant papers, which request for waiver has not yet been received and no waiver has been
6  executed. Although a proof of service was filed in the Superior Court, Stanley believes that proof
7  of service to be inaccurate, as it does not match the facts known to Stanley and was not prepared
8  by a registered process server. *Quality Loan Serv. Corp. v. 24702 Pallas Way, Mission Viejo, CA*
9  *92691*, 635 F.3d 1128, 1132-33 (9th Cir. 2011) ("actual notice of the action is insufficient"; the
10 removal clock does not start ticking until formal service is made).

11     14.    <u>Removal to Proper Court.</u>  This Court is part of the "district and division
12 embracing the place where" the action was filed—Contra Costa County.  28 U.S.C. § 1441(a).

13     15.    <u>Pleadings and Process.</u>  Pursuant to 28 U.S.C. § 1446(a), "all process, pleadings,
14 and orders served upon" or obtained by Stanley are attached as exhibits hereto.

15     16.    <u>Filing and Service.</u>  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of
16 Removal will be filed with the Clerk of the Superior Court of the State of California, County of
17 Contra Costa, and will be served on all counsel of record.  This Notice of Removal is signed
18 pursuant to Federal Rule of Civil Procedure 11.  *See* 28 U.S.C. § 1446(a).

19     BASED ON THE FOREGOING, Stanley hereby removes this Action, now pending as
20 Case No. C24-01821 in the Superior Court of the State of California, County of Contra Costa, to
21 the United States District Court for the Northern District of California.

22

23 Dated:  September 4, 2024                                                  Mayer Brown LLP

24                                                                      By:    */s/ Anthony J Weibell*
25                                                                                Anthony J Weibell

26                                                                        Attorney for Defendant

27                                                                        PACIFIC MARKET
28                                                                        INTERNATIONAL, LLC
                                                                       D/B/A STANLEY